**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| NATURE COAST COLLECTIONS, INC., | § § § | |
| Plaintiff, | § § | |
| VS. | § § | Civil Action No. 06-273 |
| CONSORTIUM SERVICE MANAGEMENT GROUP, INC., DONALD S. ROBBINS, AND GORDON W. ALLISON, | § § § § § | |
| Defendants. | § | |

**ORDER TO FILE AMENDED CERTIFICATE OF INTERESTED PARTIES**

On this day the Court held an initial pretrial and scheduling conference in the above-styled action. At that conference, this Court ORDERED as follows:

Plaintiff Nature Coast Collections, Inc. ("Nature Coast") shall file an amended certificate of interested parties, disclosing the following information: (1) the ownership of Nature Coast; (2) Nature Coast's principal officers; (3) Nature Coast's parent entity (if any); (4) Nature Coast's subsidiary entities (if any); and (5) the ownership and principal officers of any parent and/or subsidiary entities of Nature Coast. This amended certificate of interested parties must be filed with this Court by 12:00 p.m. on

Thursday, August 24, 2006.

SIGNED and ENTERED this 23rd day of August, 2006.

_____
Janis Graham Jack
United States District Judge